UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO, <br> Plaintiff, <br> v. <br> NEW CASTILLITO, INC., et al., <br> Defendants. | Case No. 14-cv-04419-WHO <br><br> **ORDER OF DISMISSAL** <br> Re: Dkt. No. 22 |

The parties filed a Notice of Settlement on March 12, 2015, notifying the Court that a written settlement agreement had been reached and that the parties expected to fulfill the terms of the settlement by September 10, 2015. Dkt. No. 22. **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice; provided, however that if any party shall certify to this court, within ninety (90) days, with proof of service, that the terms of settlement have not been fulfilled, this Order will be vacated and this case shall immediately be restored to the calendar to be set for trial.

Dated: July 1, 2015



WILLIAM H. ORRICK  
United States District Judge